### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| CHRISTINA M. MONDA, | CASE NO. 1:25-CV-02106-AMK |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE AMANDA M. KNAPP |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **ORDER** |
| Defendant. | |

Before the Court is the parties' joint stipulation, and request for an order, to remand this matter to the Commissioner.  (ECF Doc. 10.)  This matter is **REVERSED and REMANDED** for further proceedings, pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  The case is remanded due to agreed deficits in the evaluation of Plaintiff's bilateral cubital tunnel syndrome.  *See Follen v. Comm'r of Soc. Sec.*, 167 F.4th 352 (6th Cir. 2026).  On remand, the Appeals Council shall instruct the Administrative Law Judge to: further consider the Plaintiff's claim; take any further action necessary to complete the administrative record, including offering Plaintiff the opportunity for a new hearing; and issue a new decision.

IT IS SO ORDERED.

Dated: May 12, 2026

/s/ Amanda M. Knapp
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE

1